Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED 4 APR '24 13:57USDC-ORP

for the

District of Oregon

_____Portland_____ Division

| | |
|---|---|
| Mr. Mervin W. January | Case No. _3:24-cv-575-JR_ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Miss Breshawn N. Harris | |
| Miss Sarita J. Hill | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mervin W. January |
| Street Address | Post Office Box 86835 |
| City and County | Portland (Multnomah) |
| State and Zip Code | Oregon 97286 |
| Telephone Number | 503.358.9159 |
| E-mail Address | mervinj@supremehelpdesk.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — Breshawn N. Harris

    Job or Title *(if known)* — High School Teacher

    Street Address — 9423 S. 33rd Drive

    City and County — Laveen (Maricopa County)

    State and Zip Code — Arizona 85339

    Telephone Number — 602.318.4096

    E-mail Address *(if known)* — neiceboogie

Defendant No. 2

    Name — Miss Sarita J. Hill

    Job or Title *(if known)* — Real Estate Agent

    Street Address — 5653 Southern Fern Rd

    City and County — Garland (Dallas County)

    State and Zip Code — Texas 75043

    Telephone Number — 480.251.7613

    E-mail Address *(if known)* — sarita,hill@gmail.com

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title 28 US Code 4101

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Mr. Mervin W. January                  , is a citizen of the State of *(name)*  Oregon                    .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*  Supreme Helpdesk, LLC            , is incorporated under the laws of the State of *(name)*    Oregon                    ,
and has its principal place of business in the State of *(name)*
Oregon                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Breshawn N. Harris & Sarita J. Hill          , is a citizen of the State of *(name)*  Arizona & Texas                  .  Or is a citizen of *(foreign nation)*                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff's reputation, character, business partnerships, public figure status, marriage, ability to obtain gainful employment, mental health, financial productivity, social media characterization, and ministry influence as a pastor have been greatly diminished due to false information and libel published by the efforts of Miss Breshawn Harris and Miss Sarita Hill, who have been in contact on multiple ocassions acting as a collective team as far back as 2007, when Miss Harris ~~approached Miss Hill to sue for child support in Maricopa county~~

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

June 30, 2008 - Plaintiff write a letter to defendants in an attempt to reach an amicable solution. (see exhibit 24)

September 2008-2009 Defendant Cheri Drake (ex-wife) moves business bank account, flees the state with 6 month old daughter, Alexandria, and takes thousands of dollars from plaintiff's business. (see Exhibits 33a, 33b, 33c) as a result of harassment by Miss Harris and Miss Hill via prank telephone calls, and fraudulent behavior from family court system proceedings, plus private investigator spying on us from back yard in Indian Trail NC.

~~Innura 11 2011 ...... of 20.30 ....... toi in motinn to ...... bing by Mir. Harrinn .. / .. Mir. Hill to be ....... fully .....d~~

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Loss of job at Adidas, Inc. - $52,000
2. Loss of job at Portland Public Schools - $114, 000
3. Loss of job at Bradley Angle.org - $14,000
4. Supreme Helpdesk, LLC - Dept of Revenue fees, admin fee, and charges - $750.00
5. DMV reinstatement & CSUP fees required - $1,000
6. CNA unused business insurancedue to contract job loss  - (150/month) - $1,800
7. Case filing (plus other admin and associated fees) - $625.00

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/03/2024

Signature of Plaintiff

Printed Name of Plaintiff      Mervin W. January

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Complaint Details

# **The Amount in Controversy -**

The plaintiff's reputation, character, business partnerships, public figure status, marriage, ability to obtain gainful employment, mental health, financial productivity, social media characterization, and ministry influence as a pastor have been greatly diminished due to false information and libel published by the efforts of Miss Breshawn Harris and Miss Sarita Hill, who have been in contact on multiple ocassions acting as a collective team as far back as 2007, when Miss Harris coerced Miss Hill to sue for child support in Maricopa county.

# **Statement of Claim -**

June 30, 2008 - Plaintiff write a letter to defendants in an attempt to reach an amicable solution. (see exhibit 24)

September 2008-2009 Defendant Cheri Drake (ex-wife) moves business bank account, flees the state with 6 month old daughter, Alexandria, and takes thousands of dollars from plaintiff's business. (see Exhibits 33a, 33b, 33c) as a result of harassment by Miss Harris and Miss Hill via prank telephone calls, and fraudulent behavior from family court system proceedings, plus private investigator spying on us from back yard in Indian Trail NC.

January 11,2011 - one of 20-20 private investigators hired by Miss Harris and/or Miss Hill to harass, follow, sleep outside my hotel room, make prank calls, record conversations, and take photos of me. (see exhibit 26a,26b,26c, 26d) many more photos, license plates, and video footage available.



2013 - Plaintiff created AAORF.org, later named AAORS.org to fight against parental alienation. (see exhibit 29)

March 9, 2015 - Miss Harris and Miss Hill published exhibits on a private face book group called "Deadbeat Fathers" with false information about the plaintiff. Here they encouraged others to join the movement. The plaintiff was the only father was targeted. This same group page was also recorded and imprinted in the google search pages under the plaintiff's name, causing loss of church memberships, loss of jobs, employment partnerships, and defamation of good reputation as a community leader and business owner. On exhibit 3, not only does Miss Hill stamp it with her name, she also adds the name of plaintiff's mother, Shirley Doyle, without her consent or agreement. The original post was removed during family court hearings, and then reposted in November 2023. (see exhibits 1-18)

October 23, 2015 - Case vs Miss Breshawn Harris DIMSMISSED due to refusal of service received by defendant. (see exhibit 19)

November 6, 2017 - requested a photo of daughter Milan (see exhibit 25)

August 8, 2018 - attempts to communicate with daughter Milan on Face Book, which caused more social media attacks. (see exhibit 24)

July 29, 2022 - FaceBook Deadbeats Group removed in May/June and reposted 1 of 2 times on FaceBook social media (see Exhibit 27)

May 19, 2023 - Email response from google that they cannot remove 3rd-party web page data/information. (see exhibit 28)

2 of 3

September 22, 2023 - One of several letters to my 3 biological children. This was never mailed. But it expresses the trauma caused by the defendants. (See Exhibit 30)

January 17, 2024 - emails sent to department of justice identifying financial injuries and damage to plaintiff's career rending him unable to make child support payments. (see Exhibit 31)

February 2024 - Mental Injury caused by harassment, defamation, and 18 year of ongoing events by Miss Harris and Miss Hill. (See exhibit 35)

## Relief -

1. Loss of job at Adidas, Inc. - $52,000

2. Loss of job at Portland Public Schools - $114, 000

3. Loss of job at Bradley Angle.org - $14,000

4. Supreme Helpdesk, LLC - Dept of Revenue fees, admin fee, and charges - $750.00

5. DMV reinstatement & CSUP fees required - $1,000

6. CNA unused business insurancedue to contract job loss  - (150/month) - $1,800

7. Case filing (plus other admin and associated fees) - $625.00

8. Loss of business partnerships,ministry opportunities, and emotional distress - $20,000.00

9. Process Servers for proof of service for 2 defendants - $300.00

10. Ongoing pattern of harassment and emotional trauma caused by defendants - $100,000.00

Total punitive damages = $304,475.00



I refuse to pay Child Support & Pastor a church in Portland OR

🖒 1                                                                                          2 shares



Like
Mami Serud      🖒 Like                    ◯ Comment                    ⌲ Share

       Write a comment...                                      ☺ ☺ ◙ GIF 🙂

**Deadbeat Fathers**                                                    •••
March 13, 2015 · 🌐

Mervin January has a warrant for non payment of Child Support

Exhibit 1

Exhibit 2



Exhibit 3

facebook.com/profile.php?id=100063146437995

Apps Online Form Builde... Group #1 - Ages 6-... Group #2 - Ages 12... STSM YT Shorts EZ Texting | Log In Mobomix Texts STSMinistries Offici... Imported Facebook - defama... All Bookmarks

Search Facebook

ARE YOU A DEADBEAT DAD?

# Deadbeat Fathers

46 likes • 50 followers

Like Search

Posts About Mentions Followers Photos Videos More

## Intro

Do you know a deadbeat father? Are you tired of doing it on your own? It is time that deadbeat fathe

Page · Organization

## Photos

See all photos

## Posts

Filters

Deadbeat Fathers
March 24, 2015 ·

Sarita Hill Real Estate

**Deadbeat Fathers**
Do you know a deadbeat father? Are you tired of doing it on your own? It is time...

1 comment

Like Comment Share

Deadbeat Fathers
March 24, 2015 ·

Shirley Doyle

5:06 PM
11/7/2023



Exhibit 4

facebook.com/profile.php?id=100063146437995

Apps · Online Form Builde... · Group #1 - Ages 6-... · Group #2 - Ages 12... · STSM · YT Shorts · EZ Texting | Log In · Mobomix Texts · STSMinistries Offici... · Imported · Facebook - defama... · All Bookmarks

Search Facebook

Deadbeat Fathers

## Intro

Do you know a deadbeat father? Are you tired of doing it on your own? It is time that deadbeat fathe

Page · Organization

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

**Deadbeat Fathers**
March 13, 2015

Mervin January has a warrant for non payment of Child Support

1

1 share

Like Comment Share

5:08 PM
11/7/2023



*Notice of intent to sue*  *Exhibit 5a*

1

Wednesday, November 8, 2023

RE: Defamation of character / Letter of intent to sue / CEASE & DESIST

Breshawn Harris – Atlas # FC2005001403(AZ) 2 emails available

Cheri Drake - BL076053/CA (200000001610022) no email available

Sarita Hill - Atlas # 00060527541(AZ) no email available

To all parties concerned:

I was informed today by an unnamed company that the deciding factor in ending my contractual agreement for services is the negative Google and FB post online since 2015. Please note that this memo will be followed by certified letters to all concerned parties as a preparatory notification of the process.

I'm writing this letter to inform those who are listed above that this is a letter of intent to sue for defamation of character. You each will all be sued collectively for your participation in the following link. Each of you has participated in the defamation of my character over the last 20 years. What I thought was really interesting is during the dates of hearings for child support-related matters, the anonymous Facebook page "mysteriously" disappeared. And after these said hearings were completed, they "mysteriously" were reposted. Here is the link from a generic google search of my name and the results.

 Facebook
https://www.facebook.com › photos › mervin-january..    ⋮

Mervin January has six children and refuses to support any ...
Mar 10, 2015 — **Mervin January** has six children and refuses to support any of them and he has is pastoring a church in Portland OR.

Here is the fake news created "anonymously" on FB March 10, 2015, that caused the visiting members at my church, Saved to Serve Ministries to go from 50-75 people per week down to a whopping (five) 5 people following the ONLINE attack the **day of** our 1st year church anniversary program.

1

Isn't it amazing out of millions of legitimate dead-beats out there how only 1 person, Mervin January, was singled out and profiled on this group page by the perpetrators. One even posted her name publicly on the group.

FB link created in 2015 -
https://www.facebook.com/702381436541229/photos/mervin-january-has-six-children-and-refuses-to-support-any-of-them-and-he-has-is/703163819796324/

These same perpetrators also looked up Supreme Helpdesk, LLC ownership online information and posted it on FB as well. I was informed by college friends who also graduated from Grambling state University immediately and took some more screenshots of those as well. This has all been going on since 2004-2005, including being harassed by private investigators, prank calls to myself and my beautiful wife, along with "other things" not mentioned in today's correspondence due to its cynical and misanthropic nature. The perpetrators have promulgated this type of denunciation and still expect me to pay child support without a job. Due to family court hearings and other judicial mêlées, my name has been slandered by perpetrators who deem it necessary to label me as a Deadbeat Dad. To this date, I have not been allowed by any court to have visitation with my children. For years, I continued to be laughed at by judges during hearings and mocked by sarcastic rhetoric from these same judges and court-appointed personnel during recorded judicial family court trials.

Now that my children are of age and almost independent, I felt that this was the appropriate time to pursue this claim. Please note that I am not revealing my attorneys. Therefore, as a measure of my personal grace towards the perpetrators listed above, you have 10 days from the date of the certified letter mailed to remove and never re-post this link or any other character defaming information against me, my church organization, or any business entity with which I provide services TO or FOR as has been the case for MANY (i.e., more like 20) years!

Exhibit 5c

3

Out of this was born my non-profit organization in 2013, Against All Odds Restoration Services.

My petition, which can be found at https://aaors.org/#petition, has already amassed over 3,069 signatures since 2019. Out of this attacks Additional specific details will also be shared in my upcoming book entitled, **1 Child is 1 Too Many, which will be available soon on my website, www.mervinjanuary.org**

Always Reverent,

Mr. Mervin W. January

As stated in the envelopes for the people involved, please forward to the persons named on each envelope, who receive monthly payments.

1    *Exhibit 6a*

Wednesday, November 8, 2023    *Letter to Bradley Angle*

For starters, I want to thank those who originally setup this contractual agreement with my company. I have thoroughly enjoyed working with the clients of Bradley Angle. Also, I noticed a major shift in how things were being handled once Valoria came aboard. I see her as an intelligent, passionate, and forward-thinking individual who is able to move the needle, so to speak. However, I was surprised when the contractual agreement ended abruptly.

My hypothesis is it's because of negative online content that can be found on Google and FB posted online since 2015. Due to family court hearings and other judicial mêlées, my name has been slandered by perpetrators who deem it necessary to label me as a Deadbeat Dad since 2015. I have been waiting for my children to reach a specific age before filing a lawsuit regarding Defamation of character. That process was started this week with my attorneys.

Isn't it amazing out of millions of legitimate dead-beats out there how only 1 person was singled out and profiled on this anonymous group page by the perpetrators.

FB link created in 2015 -
https://www.facebook.com/702381436541229/photos/mervin-january-has-six-children-and-refuses-to-support-any-of-them-and-he-has-is/703163819796324/

But just for a moment, let me provide a different perspective for those who are unaware. Out of this was born my non-profit organization in 2013, Against All Odds Restoration Services.

My petition is meant to fight against parental alienation, which has been deemed as the highest form of child abuse by professionals across the globe. It is located at https://aaors.org/#petition, and has already amassed over 3,069 signatures since 2019. To date, there are over 23

1

Exhibit 6b

million families who are estranged by parental alienation, domestic violence, and many other issues that breakup our family infrastructure. Because I am a true survivor of it all, it makes me the resident expert on many issues that plague the substratum fabric and foundation of the family.

In an effort to help others cope and be informed, my upcoming book entitled, **1 Child is 1 Too Many, will be available soon on my website, www.mervinjanuary.org.** My purpose of the PFL, Reunification, and Mentorship programs is to help create pathways for youth and young adults from adolescence to adulthood. Once they are equipped with the proper tools, they will experience a higher standard of life and success. I have been waiting for 9 years with negative online content that slanders my name, Professional Reputation, Marketability, and Brand. Since 2015, I have "lost" a total of four 6-figure jobs without a TRUE reason why. My hope is that this lawsuit will punish the perpetrators as well as restore my brand and reputation.

However, it is difficult "along the way" when others decide to become the judge, jury, and executioner without all the facts. Life is great until my name is searched by a potential or current employer. But instead of going postal, I am learning the proper way to fight back in a way that will one day be recognized and rewarded in a major way!

As it relates to your company, the true purpose of this memo is to merely let you know about my theory regarding the end of our contractual agreement. Once again, thank you for the opportunity.

Mervin

1                    *Exhibit 7a*

Monday, November 27, 2023

RE: Defamation of character since 2015

*Bradley Angle employee name intentionally withheld by plaintiff*

To Legal Counsel & Attorneys:

I was informed on Monday, November 6, 2023 by an unnamed company *employee* that the deciding factor in ending my contractual agreement for services is the negative and FB post online since 2015. Collectively, these 3 women Breshawn Harris, Sarita Hill, and Cheri Drake (ex-wife) have conspired against me to defame my character over the last 20+ years.

Their efforts have led to:

- lost employment contracts with Portland Public Schools, which was a 6-figure job.
- lost employment contract Bradley Angle, which was a 6-figure job.
- A professional resume that looks like an outdated tee shirt infested by hungry moths (not LOL)
- personal damage to public reputation, church members leaving our congregation (from 75 down to 5 in 2015),
- focused attacks on my personal page (i.e., Mervin January), which I have been unsuccessful in converting to a PUBLIC FIGURE page since 2015.

As most people know, any unaddressed lie eventually becomes the truth. Due to the financial hardship placed upon me and my current wife of 12 years, I have not yet been able to afford the resources to pay for a lawsuit. Therefore, I am reaching out to GOOGLE for assistance. Your company allows for the creation of anonymous FB pages.

I am asking a simple request:

That would remove this defamatory content that has caused public shame to my church ministry (savedandserving.org), marriage, ability to generate income, my company of 15 years (supremehelpdesk.com), my

*Exhibit 76*

501c3 non-profit (aaors.org), my reputation, and severely damaged mental health.

As a Billion-dollar company, GOOGLE has the authority to remove and never re-post this link or any other character defaming information against me, my church organization, or any business entity associated with my brand.

At 54 years of age, my time to have a lasting positive impact is dwindling and about to turn into a downward spiral. But GOOGLE has the power, authority, and ability to shut it down immediately. **What would you do if the person being slandered was one of your own?**

Here is the link from a generic  search of my name and the results.

 **Facebook**
https://www.facebook.com › photos › mervin-january..    ⋮

Mervin January has six children and refuses to support any ...

Mar 10, 2015 — **Mervin January** has six children and refuses to support any of them and he has is pastoring a church in Portland OR

Here is the fake news created "anonymously" on FB March 10, 2015, that caused the visiting members at my church, Saved to Serve Ministries to go from 75 people per week down to a whopping (five) 5 people following the ONLINE attack the **day of** our 1st year church anniversary program. Isn't it amazing out of millions of legitimate dead-beats out there how only 1 person, Mervin January, was singled out and profiled on this group page by the perpetrators. Sarita Hill even posted her name publicly on the group.

FB link created in 2015 -
https://www.facebook.com/702381436541229/photos/mervin-january-has-six-children-and-refuses-to-support-any-of-them-and-he-has-is/703163819796324/

These same perpetrators also looked up Supreme Helpdesk, LLC ownership online information and posted it on FB as well. I was informed

*Exhibit 7c*

by college friends who also graduated from Grambling state University immediately and took some more screenshots of those as well. This has all been going on since 2004-2005, including being harassed by private investigators, prank calls to myself and my beautiful wife, along with "other things" not mentioned in today's correspondence due to its cynical and misanthropic nature. Due to family court hearings and other judicial mêlées, my name has been slandered by perpetrators who deem it necessary to label me as a Deadbeat Dad. To this date, I have not been allowed by any court to have visitation with my children.

Now that my children are of age and almost independent, I felt that this was the appropriate time to pursue this claim. Out of this was born my non-profit organization in 2013, Against All Odds Restoration Services.

My petition, which can be found at https://aaors.org/#petition, has already amassed over 3,069 signatures since 2019. Exhibit #12 shows the continued damage to my reputation with a simple name search on your website.

But here's the question, "Can I, using my faith in God through prayer, rely on GOOGLE to make this right according to Proverbs 21:1?"

Always Reverent,

Mr. Mervin W. January

Addressed to :

*Exhibit 7d*

GOOGLE Headquarters

ATTN: Legal Counsel/Attorneys

**1600 Amphitheatre Parkway**

**Mountain View, CA 94043, USA**


Courtesy Copy:

Family Law Attorney, Robert Larson

**Larson Law Office**

4140 E. Baseline Road
Suite 101
Mesa, AZ 85206

Meta / Face Book    1                      Exhibit 8a

Monday, November 27, 2023

RE: Defamation of character since 2015

To Meta Legal Counsel & Attorneys:

I was informed on Monday, November 6, 2023 by an unnamed company
that the deciding factor in ending my contractual agreement for services
is the negative Google and FB post online since 2015. Collectively, these 3
women Breshawn Harris, Sarita Hill, and Cheri Drake (ex-wife) have
conspired against me to defame my character over the last 20+ years.

Their efforts have led to:

- lost employment contracts with Portland Public Schools, which
  was a 6-figure job.
- lost employment contract Bradley Angle, which was a 6-figure
  job.
- A professional resume that looks like an outdated tee shirt
  infested by hungry moths (not LOL)
- personal damage to public reputation, church members
  leaving our congregation (from 75 down to 5 in 2015),
- focused attacks on my personal page (i.e., Mervin January),
  which I have been unsuccessful in converting to a PUBLIC
  FIGURE page since 2015.

As most people know, any unaddressed lie eventually becomes the truth.
Due to the financial hardship placed upon me and my current wife of 12
years, I have not yet been able to afford the resources to pay for a
lawsuit. Therefore, I am reaching out to META for assistance. Your
company allows for the creation of anonymous FB pages.

I am asking a simple request:

That META would remove this defamatory content that has caused public
shame to my church ministry (savedandserving.org), marriage, ability to
generate income, my company of 15 years (supremehelpdesk.com), my

1



501c3 non-profit (aaors.org), my reputation, and severely damaged mental health.

As a Billion-dollar company, META has the authority to remove and never re-post this link or any other character defaming information against me, my church organization, or any business entity associated with my brand.

At 54 years of age, my time to have a lasting positive impact is dwindling and about to turn into a downward spiral. But META has the power, authority, and ability to shut it down immediately. **What would you do if the person being slandered was one of your own?**

Here is the link from a generic google search of my name and the results.

 Facebook
https://www.facebook.com › photos › mervin-january...    ⋮

Mervin January has six children and refuses to support any ...
Mar 10, 2015 — **Mervin January** has six children and refuses to support any of them and he has is pastoring a church in Portland OR

Here is the fake news created "anonymously" on FB March 10, 2015, that caused the visiting members at my church, Saved to Serve Ministries to go from 75 people per week down to a whopping (five) 5 people following the ONLINE attack the **day of** our 1st year church anniversary program. Isn't it amazing out of millions of legitimate dead-beats out there how only 1 person, Mervin January, was singled out and profiled on this group page by the perpetrators. Sarita Hill even posted her name publicly on the group.

FB link created in 2015 -
https://www.facebook.com/702381436541229/photos/mervin-january-has-six-children-and-refuses-to-support-any-of-them-and-he-has-is/703163819796324/

These same perpetrators also looked up Supreme Helpdesk, LLC ownership online information and posted it on FB as well. I was informed by college friends who also graduated from Grambling state University

Exhibit 8c

immediately and took some more screenshots of those as well. This has all been going on since 2004-2005, including being harassed by private investigators, prank calls to myself and my beautiful wife, along with "other things" not mentioned in today's correspondence due to its cynical and misanthropic nature. Due to family court hearings and other judicial mêlées, my name has been slandered by perpetrators who deem it necessary to label me as a Deadbeat Dad. To this date, I have not been allowed by any court to have visitation with my children.

Now that my children are of age and almost independent, I felt that this was the appropriate time to pursue this claim. Out of this was born my non-profit organization in 2013, Against All Odds Restoration Services.

My petition, which can be found at https://aaors.org/#petition, has already amassed over 3,069 signatures since 2019. Since I don't have the financial infrastructure to fight back in court at this time, I will try to help others who are experiencing similar situations in my upcoming book entitled, **1 Child is 1 Too Many, which will be available soon on my website, www.mervinjanuary.org**

But here's the question, "Can I, using my faith in God through prayer, rely on META (ie. FaceBook) to make this right according to Proverbs 21:1?"

Always Reverent,

Mr. Mervin W. January

4

Exhibit 8d

Addressed to :

Meta Headquarters

ATTN: Legal Counsel/Attorneys

1 Hacker Wy,

Menlo Park, CA 94025


Courtesy Copy:

Family Law Attorney, Robert Larson

**Larson Law Office**

4140 E. Baseline Road
Suite 101
Mesa, AZ 85206

*Exhibit 9*



Go gle

Facebook · Deadbeat Fathers
1 reactions · 8 years ago

Mervin January has six children and refuses to support any ...
**Mervin January** has six children and refuses to support any of them and he has is pastoring a church in Portland OR.



2:17 PM
11/27/2023

Exhibit 10

Conversation with Melinda at DOJ Portland

(503) 988.3150 opt. 5 for letters HUY-Z, opt 1 for letters HUY-MAN

02/10/2020 – 3:27 pm

Also let her know that I have sent a copy of the most recent payment and the letter from my attorney as we are working on the modification. We would like more time to complete the financials and then I can have my attorney send them over. It is difficult to answer to the Salem office, the DOJ, and the Arizona CSE agency all at the same time without losing my mind. I hired an attorney so that he can represent me because this case is from Arizona. This has place an enormous amount of anxiety and depression upon me and your office is driving me to have suicidal thoughts because I have to deal with 3 different offices for 1 child plus 2 other child support orders.

My driver's license was suspended for a whole year and I was unable to secure work because of that. I have made the last 3 payments by omitting that information and I am currently looking for work.

In the meantime, Breshawn Harris has plastered my name and face and business ownership documents all over facebook plus other social media and has caused me to be blackballed from getting work, which other employers have found and refused to give work. I even have copies of what she has done on social media.

Also dealing with two other child support enforcement orders, 1 in Arizona and 1in California. My wife has been urging me to go and get professional help with Suicidal thoughts depression and anxiety.

## Melinda

- Left her a voice mail with the above information
-

*Exhibit 21* *11*



# AFTER VISIT SUMMARY    *PANIC ATTACK*

**Mervin W. January**  MRN: 7000062680 DoB: 10/29/1969

📅 10/24/2018  📍 Legacy Emanuel Emergency Department 503-413-4121

## Instructions
Your personalized instructions can be found at the end of this document.

 **Follow up with Julie E Yeggy, MD**
Specialty: Internal Medicine 207R
Contact: 2800 N VANCOUVER #230
Portland OR 97227
503-413-4340

## What's Next
You currently have no upcoming appointments scheduled.

***\*\*\*\*We are providing you with information on new
and changed medications only. If you have
questions about what medications to continue at
home, contact the physician who prescribed
them. Notify your physicians of all new and
changed medications. Carry medication
information with you at all times in the event of
an emergency.\*\*\*\****

*Flu shots @ Dr. Yeggy's office*
*12:15 pm / Friday appt. /*
*Friday 10/26/2018*

## Today's Visit
You were seen by Timothy A Janchar, MD

**Reason for Visit**
Irregular Heart Beat

**Diagnoses**
- Chest pain, unspecified type
- Palpitations

### ⚗ Lab Tests Completed
CBC with Auto Differential
Comprehensive Metabolic Panel
Troponin I Level performed 2 times

### 🖼 Imaging Tests
EKG 12 Lead
X-ray Chest 2 Views

### ➕ Done Today
Cardiac Monitoring
Continuous Pulse Oximetry
Insert Peripheral IV
Notify Physician
Nursing Communication

### Your End of Visit Vitals

 Blood Pressure **150/98**    Temperature (Oral) **99.7 °F**

 Pulse **61**    Respiration **12**

 Oxygen Saturation **95%**

Exhibit 12





**This content isn't available right now**

When this happens, it's usually because the owner only
shared it with a small group of people, changed who can
see it or it's been deleted.

Go to News Feed

Go Back

Visit Help Center

May/June
2023
**Removed,** Sept/Oct 2023 **Reposted,** 11/16/2023 **& Removed again**
(Summer 2023) (Fall 2023) (November 2023)

Exhibit 13 (Sazita Hills)



*Exhibit* **14**

Email from Monique back to Breshawn.txt
From: evangsampson@aol.com
Sent: Monday, March 16, 2015 10:09 PM
To: mervinj@supremehelpdesk.com
Subject: Fwd: Mervin January - Deadbeat Father


-----Original Message-----
From: evangsampson <evangsampson@aol.com>          *Breshawn*
To: deadbeatfathers2010 <deadbeatfathers2010@gmail.com>  *Harris*
Sent: Mon, Mar 16, 2015 10:06 pm
Subject: Re: Mervin January - Deadbeat Father


Since you all have a court case. Please do not contact me again.

*Breshawn*
*Harris*

Cease andDesist.-----Original Message-----From: Deadbeat
Fathers<deadbeatfathers2010@gmail.com>To: Evangsampson <Evangsampson@aol.com>
Sent:Fri, Mar 13, 2015 2:21 pmSubject: Mervin January - Deadbeat Father

Your husband is a deadbeat father. You will see here where he lied so he wouldnot
have to pay child support, how he tried to have the
child support stopped,how he was ordered to pay Attorneys fees, how he was found in
contempt of courtand how he "Currently" has a warrant
for his arrest for non payment of childsupport. And you sit along side him as a
first lady of a church while hecontinues to evade the law
by not supporting his six kids. One of your currentchurch members has given up all
of the information on the two of you and how yourun your
church so that makes you  a big part of his crime and negligence. Andwhen they find
out that he is using you as the business owner you are
going tobe held responsible for his crimes.

*This is only a small portion of the continued harassment*
*by Miss Breshawn Harris' not including previous emails,*
*prank calls to our job locations and Paying P.I's to*
*sit outside our homes (i.e. past/ present)*

*[Pre-meditated Attack]*

*Add'l Note: Miss Harris created this email in 2010 and used the "Anonymous"*
*FB page on the DAY OF our 1st Church Anniversary! (i.e. Church Attack against*
*in 2015        (Saved to Serve Ministries)*

Exhibit15



Google    mervin january    ✕  🎤  📷

Psi  National Honorary Band fraternity  and a former Drum Major of the
▪ ▪ ▪    Rating  5    review  Price range  $800 and

Images    ⚫ demo tour    ⚫ portland blazer    ⚫ obituary    ⚫ faith

Saved to Serve Ministries
Saved to Serve Ministries

Deadbeat Fathers - Mervin...
Facebook

3 "Mervin January" profiles | L
Linkedin

6 more images

podpoint com
https  podpoint com  speakers  Pastor-Jan

MWJANUARY MINISTRIES | Listen Online - PodPoint
Live podcasts by Pastor Mervin January  Portland  Oregon)  Mervin January    God at work  N
YOU!  Series  Elevate your faith   Pastor January  May 12  2020

LinkedIn  Mervin January
1 followers

Mervin January - Supreme Helpdesk Corporation
Portland  Oregon  United States  Sr  Technology Cons      Supreme Helpdesk Corporation
Our primary services include AS400 ERP Administration  SQL DBA  Network troubleshooting
(wired/wireless)  Network cabling  POS setup  and Consulting



Facebook  Deadbeat Fathers
reactions  8 years ago

Mervin January has six children and refuses to support any ...
Mervin January has six children and refuses to support any of them and he has is pastoring a
church in Portland OR

Exhibit 16

**Deadbeat Fathers**
March 24, 2015 · 🌐

Sarita Hill Real Estate

. . .

Exhibit 17







👍 1                                                           1 share

Like — Jessica Love

👍 Like        💬 Comment        ↪ Share



Write a comment...

*Exhibit 19*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue  Portland Oregon  97204
503-988-3022, option 1                              http://courts.oregon.gov/multnomah

October 23, 2015

Mervin W January
PO BOX 86835
Portland OR 97286

Re: Mervin W January vs Breshawn N Harris
Case #: 15SC13700    Case Type: Small Claims - General

## NOTICE OF ENTRY OF JUDGMENT

The court entered a Judgment - **General Dismissal** on 10/23/2015 in the court register.

*Dismissed because Miss Harris avoided being served by a process Server for a 2nd time!*

### Why did I get this notice?
Oregon law (ORS 18.058) requires **the court** to send this notice when a **judgment is entered.** If you have questions about the judgment, **contact the other party.**

### This Notice says that a judgment lien was created:

### What is a lien?
A lien is a claim attached to the real property **of the person** who owes **a debt. Depending on** the type of case and the amount of the money award, **some** judgments **automatically attach a** lien to real **property. A lien may prevent property from being sold, or it may require a buyer** to pay off the judgment before the seller gets any money.

### How do I get rid of a lien?
Judgment **liens stay attached to real property until the judgment is paid off, including costs** and fees. Once **the judgment is paid, the** creditor (the person **receiving the payment) has** to file a Satisfaction of Judgment, which **tells the court that the judgment** is paid.

Oregon **Judicial Department**
MULTNOMAH COUNTY CIRCUIT COURT
1021 SW FOURTH AVENUE
PORTLAND, OR  97204

US POSTAGE

Exhibit 20

Drivers license page #2 – December 12, 2018

I am requesting an Expedited Hearing for this case due to inevitable IMMEDIATE loss of employment contracts if my employers are alerted to my current driver's license suspension. If expedited hearing is not possible, then I am requesting reinstatement of my license to perform work duties per my constitutional rights to operate a vehicle as long as I am not a threat to other citizens.

I am asking that my driving privileges be reinstated until I am able to have a hearing. If I report that my license is suspended, then I lose my contract work if I don't run my business, then I missed the opportunity to leave a legacy to my children who currently don't even know me. This system that has chosen to strip me of my driving privileges and does not take into account that I have a right to earn a living and use my driving privileges as long as I am not a threat to society based on the documentation that is attached in the writ of habeas corpus that was filed today.

I am requesting a reinstatement based on the grounds of motion to contest driver's license suspension and habeas corpus documentation filed today, December 11, 2018 with the clerk of court's office. Copies also served cia certified mail to DMV (Salem, OR), DA office (Portland, OR), and CSE (Salem, OR).

My driver's license is required to enter buildings to perform work as I do not have a work badge, and majority of work is outside of limitations of public transit system.

Thanks for your immediate restoration of my driving privileges to continuing working.

Mervin January
Case # 14DR05018

mervinj@supremehelpdesk.com

Exhibit 21

| | |
|---|---|
| **From:** | removals@google.com |
| **Sent:** | Friday, May 19, 2023 3:01 PM |
| **To:** | mervinj@supremehelpdesk.com |
| **Subject:** | Your Request to Google [2-5844000034621] |

Hello,

Thanks for reaching out to us.

We understand you are concerned about the content in question, but Google cannot remove content from third-party web pages. Google simply aggregates and organizes information published on the web; we don't control the content found in the pages of our search results. Even if we eliminated the page from our search results, it would still exist on the web.

**Contact the author or webmaster**

We encourage you to resolve any disputes directly with the content author or website owner. Please visit Google Search Help to learn how to contact a webmaster and request a change.

**If the site has removed the content**

If the webmaster removes the content, our search results will display the change after we next crawl the site. To request we expedite the removal of a cached copy, please submit your request using our webpage removal request tool.

**If you would like to remove your personal information from Google Search**

If you have been unable to work directly with the site owner to remove the content, and the pages in question include highly sensitive personal identifying information such as your national identification number or sexually explicit images shared without your consent, you can request removal using the links below:

- Remove **unwanted & explicit personal images** from Google *(also referred to as "revenge porn")*
- Remove **involuntary fake pornography** from Google
- Remove content about me on sites with **exploitative removal practices** from Google
- Remove select **financial, medical and national ID information** from Google
- Remove **"doxxing"** content - content exposing contact information with an intent to harm
- Report **phishing** sites you found on the web
- Remove images of minors from Google search results

If you have pursued legal action against the individual who posted the content, and have a court order determining that the content is illegal or should be removed, please respond to this email with a copy of the court order.

Regards,



# Send a Fax Confirmation

*Exhibit 22a*

**Fax Sent To:**    15039883160,District Attorney,Rod Underhill,
Case #14DR05018

**Reference ID:**

**Fax Quality:**    Fine (Better Quality)

**Subject:**    Request for Expedited Hearing due to
existential circumstance - LOSS OF
EMPLOYMENT

**Coverpage:**

I am requesting a reinstatement due to
IMMEDIATE loss of employment
contracts if my employers are alerted to
my current drivers license suspension.

8:50 PM
12/11/2018

You will receive an email to confirm that your fax was successfully transmitted.

# Send a Fax Confirmation

Exhibit 226



...........................................................................................................

**Fax Sent To:**            15039883160

**Reference ID:**

**Fax Quality:**            Fine (Better Quality)

**Subject:**                page #2

**Coverpage:**

> Drivers license page #2 I am requesting
> an Expedited Hearing for this case due
> to inevitable IMMEDIATE loss of
> employment contracts if my employers
> are alerted to my current driver's license
> suspension. If expedited hearing is not
> possible, then I am requesting
> reinstatement of my license to perform
> work duties per my constitutional rights

8:56 PM
12/11/2018

You will receive an email to confirm that your fax was successfully transmitted.

...........................................................................................................







Case # fc2005-001403 (Milan)                                    June 30, 2008

I want to take this time to formally apologize to you for whatever pain I might have caused you!
In spite of what it looks like, it was never my intention to cause you any pain, confusion or
mistreatment. This letter is my first step toward full repentance to my Lord and Savior, Jesus
Christ and hopefully gains your hand in forgiveness. I am led by Holy Spirit.

I applaud and celebrate you for rearing my child in my absence. I am sure that you are doing a
wonderful job. However, I want my role to be more than just a paper payment father. I recognize
my responsibility in rearing my child and what affect my absence can have on them. So, truly, I
acknowledge your efforts!

Based on your previous actions, it is clear that there is some level of anger and bitterness towards
me. My past lifestyle has unfortunately caused my child to grow up in a household away from me
as the biological father. As I reflect on those days, I often wonder how I could have been so
irresponsible. But my life has been changed. I have even called a truce with my 10 year old
stepson's biological father. By doing so, it illustrated my growth and maturity. He is now the
happiest little boy in the world! This is all a part of what God is doing in my life now. Recently,
while studying the bible, I came across this passage of scriptures. Please, ask God to help you
understand the intent of this passage:

*1 Corinthians 6:5-7, reads: [5]I say this to move you to shame. Can it be that there really is not
one man among you who [in action is governed by piety and integrity and] is wise and
competent enough to decide [the private grievances, disputes, and quarrels] between members
of the brotherhood, [6]But brother goes to law against brother, and that before [Gentile judges
who are] unbelievers [without faith or trust in the Gospel of Christ]? [7a]Why, the very fact of
your having lawsuits with one another at all is a defect (a defeat, an evidence of positive moral
loss for you). In Romans 12:18, it reads: [18]If possible, as far as it depends on you, live at peace
with everyone.*

After becoming aware of these passages of scriptures, I realized that God desires that His children
work out disagreements between themselves, with integrity and honor, without needing court
intervention. I further realized that had I taken responsibility for my actions earlier, the court
system would not have had to be involved. Certainly, in some cases, the honor system does not
work. However, I don't want to add to the list of fatherless children that go through life lacking
wholeness because of the challenges between their parents. Lately, even through the news, I have
seen young girls' lives being destroyed because there was no father present to validate them. I do
not want this to happen to my child…your child…our child. This is beyond money to me. I have
trusted that God will enable me to provide for my child. Therefore, I am willing to do my part in
helping to correct this matter. Yes, we have strong differences, but no longer do I want these
differences to negatively affect our child. Now, here are some similarities neither of us can deny.
We laid down together, 1-on-1, and had sexual relations outside of the covenant of marriage and
the will of God. Although God does not sanction these types of activities, He does desire that the
product of our actions (children) not be penalized for the conduct of their parents. Multiple
barriers have been placed between our child and me. As the biological father, it is truly my
sincere desire to overcome these barriers.  I am stepping out on faith and asking you to dismiss
this legal case and deal with me again, 1-on-1, as mature adults. If you choose not to, that is your
legal right. However, I feel that I should be given the opportunity to participate in my child's life.
Prayerfully, I can be effective in some way as I use my God-given rights as the biological father.

Exhibit 24b

I have had constant conversations about this with my shepherd, Pastor Maurice Revell. We have discussed this case in detail. He is fully aware of the situation. If you ever doubt my sincerity in this letter, feel free to contact him about my intentions. He can be reached at (803) 329 - 0222.

I am praying for God to change your heart towards me and that you give me the chance to show you who I really am NOW and what a good Father I am and desire to be. My 8-month-old daughter wakes up every morning and sees my face smiling at her. She goes to sleep every night and sees me once again smiling right back at her. She loves me because I am there every time she falls while trying to take her first steps. When she needs her bottle, I am there. When she needs her diaper changed, I am there. The painful and shameful thing is that I regret not being involved and sharing these moments with the child we share. I obviously understand that we have separate lives now, and even live far apart from one another, but I would like to be involved in the life of our child, however limited the time may be. I simply believe that it is time to move beyond the animosity for the sake of our child! Life was made for us all to enjoy. If you choose not to respond or acknowledge my apology and forgiveness, that is fine and I will continue to pray for you and our child. ***In the meantime, I am striving to remain in right standing with the word of God.*** I thank you for your prayerful and thoughtful consideration of my request.

Mervin / (803)524-3960

11062017

Exhibit 25

Hello Breshawn,

I am writing to ask if you would consider sending pictures of my daughter, Milan. Thanks for your consideration.

Mervin

Exhibit 26a

Followed by private investigators

**December 30, 2010:**

Blue Blazer (80's model) License plate  XEV430
2 white males
Followed me to FedEx Kino's – Beaverton (3:30pm)
Followed me over into next parking lot Buffalo Wild Wings – Beaverton (3:45pm)
Waited until I left Beaverton police station
Followed me into Fred Meyers grocery store – took pictures (side of face)





Followed me to Shell gas station – recorded license plate (night picture was fuzzy)



Exhibit 26B

Ms. Janssep' argo tailea





Exhibit 26d

Exhibit 27



7/29/2022

Reposted

"again"

by Miss Harris

and Miss Hill

Exhibit 27

7/24/2022

Reposted

"again"

by Mis itrani

*Exhibit 28*

Deadbeat fathers post by Breshawn Harris  2015

https://www.facebook.com/702381436541229/photos/a.703163873129652/70316381979
6324/?type=1&theater

https://www.facebook.com/702381436541229/photos/mervin-january-has-six-children-
and-refuses-to-support-any-of-them-and-he-has-is/703163819796324/

Exhibit 29a

**mervinj@supremehelpdesk.com**

| | |
|---|---|
| **From:** | mervinj@supremehelpdesk.com |
| **Sent:** | Wednesday, January 17, 2024 9:14 AM |
| **To:** | 'amy.carroll@doj.state.or.us' |
| **Subject:** | FW: 01042024 - Case-related information causing current JOB LOSSES & DL Suspension by Priscilla Lupton |
| **Attachments:** | Notification - 11072023; encouraging others to post.jpg; FB GROUP page March 10 2023.jpg; Google name search 12082023.png; Letter to companies (11082023).docx; Letter to GOOGLE Headquarters (12072023).docx; Letter to META Headquarters (11272023).docx; page information -4.jpg; REMOVED 11272023 - 1 (original search still visible).jpg; REMOVED 11272023 - 2.jpg; REMOVED 11272023 - 3 (original search still visible).jpg; REMOVED 11272023 - 4 (original search still visible).jpg; Sarita Hill.jpg; who would give this man a job.jpg |

Hi Amy,

This is the original email that bounced back before I received your correct email address.

Mervin January

**From:** mervinj@supremehelpdesk.com <mervinj@supremehelpdesk.com>
**Sent:** Thursday, January 4, 2024 5:06 PM
**To:** 'priscilla.lupton@mcda.us' <priscilla.lupton@mcda.us>; 'amy.carroll@mcda.us' <amy.carroll@mcda.us>
**Cc:** 'Robert Larson' <robert@larsonlawaz.com>; 'seanna.diemer@mcda.us' <seanna.diemer@mcda.us>
**Subject:** 01042024 - Case-related information causing current JOB LOSSES & DL Suspension by Prisilla Lupton

To: Amy Carroll/State/Case #378187 (Sarita Hill)
To: Priscilla Lupton/County/ Case #102388 (Breshawn Harris)
To: Attorney Robert Larson (Arizona)

Current status: My driver's license was suspended by Miss Priscilla Lupton a few days ago.

Per the attachments, this is proof of why I have experienced job losses over the last 8 years (I.e. 2015) and the PRIMARY reason why I have not been able to continue making monthly court-ordered child support payments.

**Of course, there is much more to this story than what you will read here.**

I was informed by an employee of my previous employer that my contractual agreement was ended due to a google name search that revealed defaming character information circulated by Miss Sarita Hill and Miss Breshawn Harris.

Although they removed the FB group page, they were UNABLE to remove the Google impressions created by the FAKE and ANONYMOUS FB Group Page.

During court hearings, the FAKE FB groups pages were removed and then recirculated at the conclusion of each hearing as recent as 3rd quarter in 2023. This will provide additional clarification on joblessness, inability to obtain employment that provides for the amount of child support ordered by the court, and financial injury occurred since 2015. This includes loss of jobs from Portland Public Schools and other companies who have hired me for my services and abruptly terminated me with NO CAUSE or explanation.



Exhibit 29 b

I look forward to discussing my cases with each of you after you have had an opportunity to review this information.
Thanks!

Mervin January



Unshared letter to my 3 children that was never mailed.

Exhibit 30a

Tuesday, January 23, 2018

RE: Alexandria January (California-Los Angeles County),
RE: Jonathan Hill (Phoenix, AZ)
RE: Milan Harris (Mesa, AZ)


To my children:

I am writing this letter to leave the truth about you and me and
how you got here and why you don't know me. Your mothers are
very cruel women. They are full of evil and have refused, through
the court system, to keep me from having contact and influence in
your lives.

Alexandria, your mom, ran off with a car and a business bank
account when you were 6 months old. I came home from work one
day to pick you up from daycare while you were visiting with me, to
find out that she had picked you up without contacting me at all.
She is a GOLDDIGGER who only married me because I was good
looking and making a lot of money at the time. After being married
for 3 years, I finally figured out how she tricked me into marriage
and decided to leave her. In the core of her heart, she was a
ruthless woman and wanted revenge because I prepared to leave
her when I found she had manipulated me to move to Charlotte, NC
instead of Dallas, Texas. I have not seen you since you were 6
months old. I loved you with all my heart and literally die everyday
thinking of you. I wonder how you turned out, what you look like. If
you have any of my features and DNA, then I am confident that you
are athletic, beautiful, and smart. I LOVE YOU but was never able
to recover after your mom stole everything I had as I was recovering
from the financial disaster caused by Milan's mother. Just know
that I love you and if I could, I would have found you.

Jonathan, my son. I have always wanted to know you since you
were a baby. But your mom was a GOLDDIGGER & a TRICKSTER. She
even admitted to my wife Monique, whom I love dearly, that
"everything was all her fault." She was a tricky chick who only

*Exhibit 306*

wanted to trick me into a relationship with her. We were NEVER a couple, we just have sex a few times. I never as much as even took her to the movies. All we ever did was have sex. There was no love between us. So, in retrospect, I never left you or your mother, I never really knew her personally or developed any real relationship with her. She wanted to use you to control me and when it didn't work, she sued me for child support. To this date, I have not been able to recover. When I came to visit you in Phoenix, AZ, I spent all of my money to be there. You seemed very uninterested in me. Even though I sent you a special DVD that I made as an introduction to me before my arrival. I grew to love you, but you were so full of anger, I decided not to force myself on you. Because of my father, I knew EXACTLY what you were feeling, and decided to stop trying. I still loved you, though, even though you didn't love me.

Milan, you have the ABSOLUTELY craziest, most deranged, and bizarre mom of all time! There is not enough room on paper to talk about her. She is extreme! She pretended to want to move in together, took one of my paychecks, ands used it to open a child support case. After I left Arizona realizing she was a phony and a fake, things got worse. She had me followed around the country by private investigators, hoping to get money out of me. She called all of my customers and lied that her husband had left her and a baby, which in turn ruined my $160,000 business at the time , which caused me to never recover to this day, kept me in court flying back and forth from wherever I was to Arizona to defend myself. When I ran out of money, I became my own lawyer and made things even worse. She ATTEMPTED to file your child support case before you were even born and the court told her to come back with a baby. When you were born, I took off from work and flew in from North Carolina to see you. She tried to force me sign paternity papers just to be used in court. She held you in her chest and would not even allow me to touch you or see your face. She is Lucifer's wife – LOL (literally). There is Wayyyyyy more than this from her, but she is not worth the paper it required to write it here! YOU GET THE PICTURE!

As for me:

Exhibit 30c

My father never lifted a finger to help me out as I though he should. Furthermore, he was unaware on what it meant to be a father. According to my mom, who never said a bad word about him, he had 22 kids and didn't take care of any of them the right way according to my knowledge. I wanted to take care of you guys, but your mothers were so mad that I didn't want to be in a relationship with them, that they all turned on me, sometimes together, ALWAYS CHASING AFTER MONEY. I was very handsome and they were very carnal and pretty promiscuous themselves. They were all easy to get into bed. Little did I know that they were all playing the same game called "trap me a man!"

In conclusion, your mothers all thought that I was a handsome gold mine that would lead them to glory. I smoked a lot of marijuana, chased a lot of women, and made a boatload of money while it was going good. When the money slowed down due to Milan's mom, they all got mad and seemed to compete to get their grubby hands on anything that was left. Collectively they all wanted me in jail because it would have made them look good. But, God kept protecting me, but it kept them from trying. To me, they were money-hungry gold diggers. I prayed that God would send them husbands so that they could move on with their lives. I knew deep down that they were torn up on the inside and could never "genuinely" love a man and keep them. You see, whoever I was with, I made her feel special. And I knew that very few men in life knew how to treat a woman, and that was my secret. I learned it from my two sisters, you Auntie Stacy Freeman (Monroe, LA) and Auntie Nelda Freeman-Lawrence(Winnsboro, LA). My brother, your Uncle Roy Freeman(New Jersey) had been a model father and married for 20-something years up until now. All 3 of my siblings were married with kids for more than 15 years or more and I used that as my model for my current marriage to my loving wife Monique.
So, when I left each of them, they did all that they could to ruin me in hopes that it would make them look like the "innocent" mother who was left behind by a bad man.
Now I am a changed man who pastors a church. They have ALL attacked me on social media (facebook, twitter, and others) in hopes of destroying my church(which almost happened because

*Exhibit 30 d*

many people left), and my marriage(which God preserved), and my business(not much left today, but still surviving). Jonathan's mom is still pretending to play nice when it benefits her, but she is just like the other two, because she only cooperates when it benefits her. I am just through with all of this. I am writing this letter because life is bad for me right me. My wife Monique is the ONLY reason that I have not committed suicide. I don't want to leave her all alone.

If you are reading this letter right now, 1 of 2 things has happened
  1. I am dead and gone and this letter was found in the home safe
  2. I survived this season in my life.(Thanks be to Jesus!)

Your father,

Mervin Wray January

Exhibit 33a

What really happened – short version

Reasons to challenge support order:

1. Ex-wife fled NC to California, Moved business bank accounts to a different bank.
2. Picked up my daughter from daycare during father's visitation without his knowledge. Father has no contact with child since she was 6 months old.
3. Prior to divorce and child support order, Ms. Drake, a former cocaine abuser accused father of being on drugs. Father took a drug test and passed!
4. Adjusted the home rental agreement without my knowledge
5. She filed for child support, gave false financial statements for father with no proof, and I was notified 7 days before it happened with no money or legal representation (see attachment). Also, father never signed a child support order in NC.
6. She embezzled $25,000 as father earned the money and fled to California (i.e. I understand business statue of limitations = 2 years) – Total monies stolen = $35,000

Exhibit 33b
rev. 1/4/10
RACE IN FILE
PBM

December 29, 2009

Council for Children's Rights
601 East Fifth Street, Suite 510
Charlotte, NC 28202
Attn: John J. Parker, III

Re: January v. January (08-CVD-20329 (PBM))

Dear Mr. Parker:

I am writing this letter to address two separate issues.

- I find it to be unfair that Mr. January only has to pay $100. It is clear that Mr. January has lied about his income. If you look at the court records it will show that Mr. January's last income was $45 per hour (85K annually). He is a senior level IT consultant who has been in the business for over 10 years. Mr. January is skilled at evading the law and hiding his income. His level of expertise in the world of IT is well beyond an annual salary of 20K. His lifestyle exceeds that of $20K annually. The court would not have ordered him to pay $883 a month in child support if his income was $20,000 or less on an annual basis. Mr. January has the earning potential of 85K-100K per year (of which I can prove and have personal knowledge of). He currently has refused to pay the court ordered child support and has not paid one cent since the order went into effect on January 26, 2009. I believe there needs to be a re-evaluation of his reported income and more investigation into his financial background. Mr. January was held in contempt of court on another child support hearing for lying to the judge and falsifying documentation of his income and I have proof that he falsified his financial information as well as recreation of contracts to show a different hourly amount. He was also ordered to pay $1250 per month in child support. That kind of support would not have been ordered to someone that makes $20K annually. He is currently a fugitive of the law in the state of Arizona with a warrant for his arrest. He should not be allowed to hide from the law and his obligations. Mr. January fled the state of North Carolina of his own free will, taking all of our married possessions to include all of her baby furniture with him leaving Alexandria with nothing.

- Pursuant to your letter and the court order filed December 15, 2009 requesting payment in the amount of $400, please be advised that I am unable to pay the requested amount of $400. I do not currently have the disposable income to cover this amount. If Mr. January would pay his

Exhibit 33c

court ordered child support in the amount of $883 I could use that money on my daughter's daycare and living expenses, thus freeing up extra money back into my household.  Please advise as to the next course of action regarding this matter. If I need to go before the Judge again regarding this matter for financial payment I will. I have since filed an order to show cause to find Mr. January in contempt for non payment of his court ordered child support. As I stated I do not have the additional $400 to pay as I am the sole provider for my daughter Alexandria. If needed I can provide pay stubs and an itemized list of my monthly expenses.

Sincerely,

Cheri D. Drake (January)
(704) 770-5630

cc:  Paige B. McThenia, District Court Judge
     832 E. Fourth Street, Suite 9600
     Charlotte, NC 28208
     Courier Box 051943



Exhibit 33d

To District Court Judge: Honorable Paige B. McThenia
**RESPONSE LETTER – CUSTODY MEDIATION GROUP ORIENTATION** Case #08cvd20329

Mrs. January has collected up to $16,000 in wages earned by me for a family business that I created prior to our marriage (Exhibit 1). She redirected company paychecks from my contractual work from July 31, 2008 – December 2008. Every check number has been submitted to the court and Judge Randall Chapman is aware of this. All attempts to be cordial with her have failed. All attempts to be civilized and achieve amicable results have also failed. I have submitted a "cease and desist" letter to the court due to harassing phone calls from Mrs. January and her daughter to my mother, insurance agent, and others (Exhibit 2). She simply refuses to cooperate with me to have a healthy parenting relationship for the sake of our daughter.

At one point (September 2008), she even forced me to have recorded conversations with the Matthews Police Department in an attempt to protect herself while withholding wages earned by me. This occurred in September 2008. The agreement of wages to be paid is has not been honored (Exhibit 3). She has moved at least twice or is making it appear that way in an effort to avoid me. She has been a no-show in two different court hearings regarding Distribution of Equitable Assets/Child Support (Honorable Judge Randall Chapman presiding).

From January 2009-April 2009, she and her daughter Wintre Davis have harassed me, my mother, and my insurance agent with unsolicited phone calls. In one voice mail to me, she even asked "if you are willing to give up your parental rights, then maybe I would be willing to give up something." Since then, all voice mails have been saved for testimonial purposes.

Due to her attempts to financially cripple me, I was evicted from my residence by Cambridge Realty, of whom I also provided case history (Exhibit 4). I have been forced to relocate with family and friends as a result of the theft of my wages. I am willing to complete the parental requirements in the area closest to my current location. However, I cannot afford to be in Charlotte for these classes or mediation.

She has refused to allow me to see my daughter Alexandria through all of this stating that, "if you want to see her, go to the court." She is playing a vicious game and has not allowed me to see my child since 6 months old. July 31, 2008 was the last time I knew of the whereabouts of my precious daughter.

Ex-wife
heri
DR

Although Mrs. January has left a voice mail asking me to relinquish my parental rights, I am still eager to complete my parental requirements to see my child.

→ Parental Rights

## Miss Donna's Bright Beginnings II

# Statement

| Date |
|---|
| 9/21/2008 |

Exhibit (cont'd)

33e

| To: |
|---|
| Mervin January<br>400 Williams Rescue Rd.<br>Indian Trail, NC 28079 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $260.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/06/2008 | Balance forward | | 0.00 |
| 07/07/2008 | INV #305. Due 07/07/2008. | 130.00 | 130.00 |
| 07/07/2008 | PMT #5153. | -130.00 | 0.00 |
| 07/14/2008 | INV #306. Due 07/14/2008. | 75.00 | 75.00 |
| 07/14/2008 | PMT #5155. | -75.00 | 0.00 |
| 07/21/2008 | INV #307. Due 07/21/2008. | 75.00 | 75.00 |
| 07/21/2008 | PMT #5176. | -75.00 | 0.00 |
| 07/28/2008 | INV #308. Due 07/28/2008. | 75.00 | 75.00 |
| 07/28/2008 | PMT #WAIVED TUITION. WAIVED TUITION; DUE TO MS. T. GRIFFIN TELLING PARENT IF WAS OK NOT TO PAY JUST BEACAUSE THEY WERENT IN ATTENDANCE;  THIS IS NOT POLICY | -75.00 | 0.00 |
| 08/04/2008 | INV #309. Due 08/04/2008. | 75.00 | 75.00 |
| 08/04/2008 | PMT #WAIVED TUITION. WAIVED TUITION; DUE TO MS. T. GRIFFIN TELLING PARENT IT WAS OK NOT TO PAY, JUST BECAUSE THEY WERENT IN ATTENDANCE; NOT OUR POLICY. | -75.00 | 0.00 |
| 08/11/2008 | INV #310. Due 08/11/2008. | 130.00 | 130.00 |
| 08/11/2008 | PMT #5158. | -130.00 | 0.00 |
| 08/18/2008 | INV #311. Due 08/18/2008. | 130.00 | 130.00 |
| 08/18/2008 | PMT #5162. | -130.00 | 0.0 |
| 08/25/2008 | INV #312. Due 08/25/2008. | 130.00 | 130.00 |
| 08/25/2008 | PMT #5165. | -130.00 | 0.0 |
| 09/01/2008 | INV #313. Due 09/01/2008. | 130.00 | 130.0 |
| 09/01/2008 | PMT #5170. | -130.00 | 0.0 |
| 09/08/2008 | INV #314. Due 09/08/2008. | 130.00 | 130.0 |
| 09/15/2008 | INV #315. Due 09/15/2008. | 130.00 | 260.0 |

← Alexandria removed by Mother

← Alexandria Removed again by Mother

Fled to California

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 260.00 | 0.00 | 0.00 | 0.00 | $260.00 |

*Checks Recieved by Miss Cheri Drake never paid to Mr. January who performed the work*

*Exhibit F*

| Hours | Rate | Amount | Description |
|---|---|---|---|
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 18-MAY-08 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 18-MAY-08 |
| 9.0000 | $43.00 | $387.00 | January,Mervin - 18-MAY-08 |
| 6.0000 | $43.00 | $258.00 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 8.8000 | $43.00 | $378.40 | January,Mervin - 18-MAY-08 |
| 8.2000 | $43.00 | $352.60 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 7.0000 | $43.00 | $301.00 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 8.8000 | $43.00 | $378.40 | January,Mervin - 18-MAY-08 |
| 8.2000 | $43.00 | $352.60 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 7.0000 | $43.00 | $301.00 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 18-MAY-08 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 18-MAY-08 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 18-MAY-08 |
| 5.5000 | $43.00 | $408.50 | January,Mervin - 18-MAY-08 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 18-MAY-08 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-08-31 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-07 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 2008-09-07 |
| 8.0000 | $43.00 | $352.60 | January,Mervin - 2008-09-14 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-14 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-14 |
| 7.8000 | $43.00 | $335.40 | January,Mervin - 2008-09-14 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 2008-09-21 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-21 |
| 10.0000 | $43.00 | $430.00 | January,Mervin - 2008-09-21 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 2008-09-21 |
| 6.0000 | $43.00 | $258.00 | January,Mervin - 2008-09-21 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-28 |
| 8.3000 | $43.00 | $356.90 | January,Mervin - 2008-09-28 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-28 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-09-28 |
| 7.7000 | $43.00 | $331.10 | January,Mervin - 2008-09-28 |
| 2.8000 | $43.00 | $120.40 | January,Mervin - 2008-10-05 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-10-05 |
| 7.8000 | $43.00 | $335.40 | January,Mervin - 2008-10-05 |
| 7.8000 | $43.00 | $335.40 | January,Mervin - 2008-10-05 |
| 7.8000 | $43.00 | $335.40 | January,Mervin - 2008-10-05 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 2008-10-12 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 2008-10-12 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 2008-10-12 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 2008-10-12 |
| 9.0000 | $43.00 | $387.00 | January,Mervin - 2008-10-19 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-10-19 |
| 8.0000 | $43.00 | $344.00 | January,Mervin - 2008-10-19 |
| 7.5000 | $43.00 | $322.50 | January,Mervin - 2008-10-19 |
| 7.0000 | $43.00 | $301.00 | January,Mervin - 2008-10-26 |
| 8.5000 | $43.00 | $365.50 | January,Mervin - 2008-10-26 |
| 9.0000 | $43.00 | $387.00 | January,Mervin - 2008-10-26 |
| 9.0000 | $43.00 | $387.00 | January,Mervin - 2008-10-26 |
| 2.8000 | $43.00 | $120.40 | January,Mervin - 2008-10-26 |
| 5.2000 | $43.00 | $223.60 | January,Mervin - 2008-10-26 |

Total: $42,858.10

| check numbers | date paid |
|---|---|
| 000120503 | 8/29/2008 |
| 000120963 | 9/5/2008 |
| 000120963 | 9/5/2008 |
| 000120963 | 9/5/2008 |
| 000120963 | 9/5/2008 |
| 000120963 | 9/5/2008 |
| 003121592 | 9/12/2008 |
| 000121592 | 9/12/2008 |
| 000121592 | 9/12/2008 |
| 000121592 | 9/12/2008 |
| 000121592 | 9/12/2008 |
| 003188173 | 9/15/2008 |
| 003188173 | 9/16/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 003188173 | 9/19/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 000123199 | 10/3/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003189875 | 10/7/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 003190478 | 10/17/2008 |
| 000319985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003191985 | 10/31/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |
| 003193324 | 11/14/2008 |



Exhibit 33 g

*Proof of Pay checks Paid to Protocol Consulting run by father's work (My checks received by Mother)*

Exhibit ~~100~~ 1 of 49

Request to Comsys at 1.800.326.6797 (option 1 for accounting) for

① Proof of change of address performed by Cheri January *
② Proof of address where new checks for Mervin's work are being mailed *

**From:** Benavides, Martin [mailto:MBenavides@comsys.com]
**Sent:** Friday, November 21, 2008 1:40 PM
**To:** mervinj@royaltyconsulting.com
**Cc:** January, Mervin ; Kemplin, Kelley; Hill, Jerome; Meador, Karla; Mills, Sabrina
**Subject:** Royalty Consulting

Good afternoon Mervin,

The contact info that we have on file for Royalty Consulting is as follows:

Mervin January
400 Williams Rescue Rd
Indian Trail, NC 28079
704-988-9532

We can only provide you information related to the company that you presently own.

Please let me know if you have any other questions.

Best regards,

**Martin P. Benavides**
Contracts Manager
**COMSYS**
9737 Washingtonian Blvd.
Suite 500
Gaithersburg, MD 20878
Tel: (240) 778-2774
Fax: (240) 778-2777
mbenavides@comsys.com

*Refused after receiving the same info. on 2 separate occassions*

Do business. We're IT.

The message above and any attachment(s) hereto is/are intended for the use of the individual or entity to which it is addressed and may contain information that is confidential and privileged. If you are not the intended recipient, be advised that any distribution or copying of this correspondence, including any attachment(s) is not permitted. If you have received this in error, please notify the sender immediately by phone and delete/destroy the original message and any attachment(s) thereto.

*Now!*

*After Requesting proof of payments and being denied access to these records, I have attached ALL Approved timesheets from May 10th to October 26th. Please note that this same information was requested and forwarded to me in*

*① Exhibit 3 from Roger Yelton of Comsys (Oct 21, 2008)*
*② Exhibit 21 (pages 1-3) from Craig Buzzelli of Comsys (Nov. 19, 2008) 2 days ago*

Exhibit 33h

Actions by Cheri Drake (ex-wife)

Letter to California. Will be pursuing the retainment of a North Carolina attorney and filing for expungement of the original North Carolina order because due process was not correctly administered, I was never notified of the hearing nor ever allowed to submit my financials. My financial statement and earnings or falsified by my current boss at the time Miss Drake who was the owner of the company that I work for please see the attachment. Miss Drake also embezzled $25,000 of company funds earned by me, rendering me into a financial hardship, which also included a rental lease agreement where she had modified without my knowledge, and although I was paying the rental fee each month I had no idea that my name was not even on the lease until Miss Drake pulled my daughter out of daycare during my time of visitation and fled to California. Therefore all Financial efforts pertaining to this case will be directed towards a North Carolina attorney and fighting for the expungement of the original order to place it into a retroactive status.

**Sent:** Wednesday, December 4, 2019 12:50 AM

Leading to financial hardship, force me to take a drug test which I passed, but nobody talks about that, when she herself is a former cocaine addict, because drug addiction runs in her family, slandered my name on social media using Facebook, lied so much in court that by the time I figured out her lies she was on her way to another state from North Carolina to California, additional stress here in my life which could not be avoided because of the child support system and Department of Justice and child support enforcement

Exhibit 35

**LEGACY HEALTH**

LEGACY MEDICAL GROUP INTERNAL MEDICINE EMANUEL
2800 N VANCOUVER STE 230
PORTLAND OR 97227-1668
503-413-4340

February 26, 2024

*Mental Health*
*Injury caused*
*to the Plaintiff*
*after years of defamation*
*w/ a pattern of activities*

Patient:    **Mervin W January**
Date of Birth: **10/29/1969**
Date of Visit: **2/26/2024**

To Whom It May Concern:

It is my medical opinion that Mervin January should remain out of work until 3/11/24 .

Follow-up: Referred for further evaluation as needed or will return if not improved.

Sincerely,

*Performed by Miss Hill*
*and Miss Harris.*

Julie E. Yeggy, MD

Legacy Medical Group Internal Medicine Emanuel

Mental Health
Injury caused
to the Plaintiff
after years of defamation
w/ a pattern of activities

performed by Miss Hill
and Miss Travis.

Message to daughter Milan        Exhibit 36



**New Message**                                                      ×

To  Milan Harris ×

I spoke to my other daughter, Paisley yesterday, for the 1st time in 17 years. The last time I saw her, she was 5 years old. She told me that she spoke to you before on Instagram/snapchat. I took a chance that I would find you here. The court system cannot stop me from talking to you here. If you are the daughter of Breshawn. than I am your father who as been fighting for years to get an opportunity to meet you. She told me that I would NEVER see you, and so far, she has been right! Since you were born, every other attempt  to reach you has ended in your mom trying to get me arrested, or harassed in some way. Or going down to the courthouse to file for restraining orders from the court of law. Before talking to Paisley, I gave up on ever seeing you, but at least, this picture is a good start to you receiving some TRUTH in your life. I love you, Milan. Dad

Mervin January 503.358.9159

Add Files     Add Photos

Write a message...

Exhibit 37

Apps · Online Form Builde... · Group #1 - Ages 12... · Group #2 - A... 12... · Group #2 - Ages 2... · STSM · Mervin's Manuscripts · Mobomix Texts · STSMinistries Offici... · Imported · Facebook - defama... · Free Flyer Maker: M... · Social Media - GOI... · All Bookmarks

change.org · Start a petition · My petitions · Browse · Membership · Log in

Petition details · Comments · Updates

Petition Link is on this website

# Parental Alienation is emotional child abuse. Let's make it a crime!

AAORF.ORG

Against All Odds Restoration Foundation

3,067 Signatures · 5,000 Next Goal

Support now

3,000 plus Signatures

Started January 25, 2020

Petition to Your Local Senators and 3 others

## Sign this petition

First name

Last name

Email

Portland, 97213
United States

Display my name and comment on this petition

Sign this petition

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about

## Why this petition matters

Started by Against All Odds Restoration Foundation

Parental Alienation is emotional child abuse and should be a crime. As of 2015, it is currently a crime punishable by law in the United Kingdom of Great Britain & Northern Ireland, Mexico, and Brazil. These are the 10 (ten) items that the petition will address here in the U.S.:

3:43 PM
9/22/2023

New Website! www.AAORS.org

Exhibit 38

Principal®

Principal Life Insurance Company
Principal National Life Insurance Company
711 High Street
Des Moines, IA 50392-1520

MERVIN W JANUARY
6705 SE NEHALEM ST
PORTLAND OR 97206-9639

Life Insurance denied due to "suspended" driver's license.

[illegible]gust [illegible], 20[illegible]

Re: Information about your life insurance policy
~~Insured: Mervin W January~~
File No.: 9506165

Dear Mervin W January

Thank you for applying to Principal for your life insurance needs. Regrettably, we are unable to issue the coverage requested at this time.

According to our records, there is no outstanding balance on your account. Conditional receipt coverage is no longer valid.

Please contact your Financial Representative with any questions you may have.

Thank you for your business!

Life New Business & Underwriting
Principal | Des Moines, Iowa 50392
Ph: 800.247.9988

Your Financial Representative
Lonnie Bowden

Agency 163

cc – Financial Representative

Principal National Life Insurance / Principal Life Insurance Company / Principal Securities, Inc.

Insurance products from the Principal Financial Group® are issued by Principal National Life Insurance Company (except in NY) and Principal Life Insurance Company. Securities offered through Principal Securities, Inc., 800.247.1737, Member SIPC. Principal National, Principal Life and Principal Securities are members of Principal Financial Group®